# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  4:16CR88-31 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF PROBATION |
| | ) | |
| JAMALIA ABRAMS, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on November 2, 2017. The Court referred this matter to a magistrate judge to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge George J. Limbert reported that a probation violation hearing was held on January 30, 2019. The defendant admitted to the following violations:

1. Law Violation;
2. Failure to Pay Restitution.

The magistrate judge filed a report and recommendation on January 30, 2019, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of her probation.

A final probation violation hearing was conducted on February 21, 2019.

Defendant Jamalia Abrams was present and represented by Attorney Darin Thompson. The United States was represented by Assistant United States Attorney Christopher Joyce. United States Probation Officer Ashley Frank was also present at the hearing.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of her terms and conditions of her probation.

IT IS ORDERED that the defendant's term of probation is revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a period of eight (8) months, with credit for time served since January 25, 2019.

Upon release from custody, defendant is placed on supervised release for three (3) years, with the same terms and conditions of supervised release as previously ordered, and with the following additional condition: Upon release from custody, the defendant shall reside in a Residential Reentry Center, preferably, Community Corrections Association, for a period of up to four (4) months.

The defendant is remanded to the custody of the United States Marshal.

**IT IS SO ORDERED**.

Dated: February 21, 2019

                        **HONORABLE SARA LIOI**
                        **UNITED STATES DISTRICT JUDGE**