# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:16-cr-88 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| JAMALIA ABRAMS, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on January 30, 2020. The Court referred this matter to Magistrate Judge George J. Limbert to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Limbert reported that a supervised release violation hearing was held on February 20, 2020. The defendant admitted to the following violations:

    1. Failure to follow the rules of Cognitive Behavioral Therapy
    2. Failure to pay Restitution

The magistrate judge filed a report and recommendation on February 20, 2020, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of her supervised release.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of her supervised release as set forth in violations 1 and 2.

A superseding violation report was filed on March 10, 2020 and a final supervised release violation hearing was conducted on March 11, 2020. Defendant Jamalia Abrams was present and represented by Attorney Darin Thompson. The United States was represented by Assistant United States Attorney Damoun Delaviz. United States Probation Officers Le'Tisha Murray and Justin Suddeth was also present at the hearing. The defendant waived her right to a full evidentiary hearing, reaffirmed her admission to violations 1 and 2, and further admitted to the following additional violations:[1]

    3. Failure to participate in Mental Health Treatment
    5. Failure to provide an address suitable for supervision
    6. Failure to report to the Probation Office as instructed.

IT IS ORDERED that the defendant's term of supervised release is revoked and the defendant is sentenced to the custody of the Bureau of Prisons until a bed becomes available at the Residential Reentry Center, where she is to reside for up to 90 days.

Following release from BOP custody, the defendant shall be placed on Supervised Release for a period of 28 months with the same terms and conditions as previously set as well as the following additional condition: She shall submit to a Mental Health Assessment as ordered by the United States Probation Office.

**IT IS SO ORDERED**.

Dated: March 11, 2020

                                                          **HONORABLE SARA LIOI**
                                                          **UNITED STATES DISTRICT JUDGE**

---

[1] The Court held in abeyance a ruling on violation 4 and ordered briefing by the parties. The parties shall file any briefing regarding violation 4 on or before March 25, 2020.